**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **INFORMATION**

3:26mj208

**DUSTIN W. SPANGLER**
______________________________/

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**

That on or about April 17, 2026, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Eglin Air Force Base, Florida, the defendant,

**DUSTIN W. SPANGLER,**

did unlawfully trespass on military property for a purpose prohibited by law or lawful regulation, in violation of Title 18, United States Code, Section 1382.

______________________________(for)
JOHN P. HEEKIN
United States Attorney

**7/9/2026**
DATE

FILED USDC FLND PN
JUL 10 '26 AM7:04